# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH M. ROBINSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:06CV162-SNL |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to the Joint Stipulation of Dismissal,(#15), filed by the parties.

Dated this  17th  day of May, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com